# EXHIBIT A

McCarthy Law PLC

Kevin Fallon McCarthy, 011017
Ashley Tuchman, 027263
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
ashley.tuchman@mccarthylawyer.com
Attorneys for Plaintiffs

**SAN MARCOS JUSTICE COURT**
**MARICOPA COUNTY, STATE OF ARIZONA**
201 E. CHICAGO STREET, CHANDLER, AZ 85225

| | |
|---|---|
| FERNANDO LOPEZ AND KELLY LOPEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CCO MORTGAGE A DIVISION OF CITIZENS FINANCIAL GROUP INC., EQUIFAX INC., EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANSUNION, LLC, <br><br> Defendants. | Case No.: CC2015159986RC <br><br> **SUMMONS** |

**STATE OF ARIZONA TO:**

    **CCO Mortgage**
    DEPT: SUBPOENA / SUMMONS PROCESSING
    1 CITIZENS DRIVE
    RIVERSIDE, RHODE ISLAND 02915
    MAILSTOP: ROP210

    **EQUIFAX, INC.**
    S/A: PRENTICE-HALL CORP SYSTEM
    2338 WEST ROYAL PALM ROAD
    PHOENIX, ARIZONA 85021

    **EXPERIAN INFORMATION SOLUTIONS, INC.**
    S/A: CT CORPORATION SYSTEM
    3800 NORTH CENTRAL AVENUE, SUITE 460
    PHOENIX, ARIZONA 85012

    **TRANSUNION, LLC**
    S/A: PRENTICE-HALL CORP SYSTEM
    2338 WEST ROYAL PALM ROAD
    PHOENIX, ARIZONA 85021

McCarthy Law PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Lopez v. CCO Mortgage et al.                1                                Summons

THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):

1. YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with this Court and by paying the required fee. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

2. If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3. Your answer must be in writing.

    (a) You may obtain an answer form from this Court.

    (b) You may also obtain an answer form from the Form section of the Maricopa County Justice Courts website at http://justicecourts.maricopa.gov.

4. Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with JCRCP Rule 120.

5. IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU.

The name and address of Plaintiffs' attorney is:

    Kevin Fallon McCarthy, Esq.
    Amanda Hough, Esq.
    McCARTHY LAW PLC
    4250 North Drinkwater Boulevard, #320
    Scottsdale, Arizona 85251

SIGNED AND SEALED this date: 8/25/15

By _____
    Deputy Clerk

McCARTHY LAW PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Lopez v. CCO Mortgage et al.      2      Summons

**NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS**

You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-6900
WWW.MCCARTHYLAWYER.COM

Lopez v. CCO Mortgage et al.                    3                    Summons

McCarthy LAW PLC
Kevin Fallon McCarthy, 011017
Ashley Tuchman, 027263
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
ashley.tuchman@mccarthylawyer.com
Attorneys for Plaintiff

**SAN MARCOS JUSTICE COURT**
**MARICOPA COUNTY, STATE OF ARIZONA**
201 E. CHICAGO STREET, CHANDLER, AZ 85225

| | |
|---|---|
| FERNANDO LOPEZ AND KELLY LOPEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CCO MORTGAGE A DIVISION OF CITIZENS FINANCIAL GROUP INC., EQUIFAX INC., EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANSUNION, LLC, <br><br> Defendants. | Case No.: CC 2015159986RC <br><br> **COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 *et seq.*)** |

COMES NOW Plaintiffs, Fernando Lopez and Kelly Lopez ("Plaintiff"), by and through counsel undersigned, and for his cause of action against the Defendants above-named alleges as follows:

1. That Plaintiff is and was at all times hereinafter mentioned a resident of Maricopa County, Arizona.

2. That, on information and belief, Defendant, CCO Mortgage a division of Citizens Financial Group, Inc. ("CCO Mortgage"), is, and at all times relevant hereto was, a Foreign Corporation authorized to do business in Arizona and has designated the following service address to be: CCO MORTGAGE, DEPT. SUBPOENA / SUMMONS PROCESSING, 1 CITIZENS DRIVE, RIVERSIDE, RHODE ISLAND 02915, MAILSTOP: ROP210.

3. That, on information and belief, Defendant, CCO Mortgage, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Lopez v. CCO Mortage et al.                    1                         COMPLAINT

4. That, on information and belief, Defendant, Equifax, Inc. ("Equifax"), is a credit reporting agency, as defined by FCRA § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: PRENTICE-HALL CORP SYSTEM, 2338 WEST ROYAL PALM ROAD, PHOENIX, ARIZONA 85021.

5. That, on information and belief, Defendant, Equifax, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

6. That, on information and belief, Defendant, Experian Information Solutions, Inc. ("Experian"), is a credit reporting agency, as defined by FCRA § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVENUE, SUITE 460, PHOENIX, ARIZONA 85012.

7. That, on information and belief, Defendant, Experian, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

8. That, on information and belief, Defendant, TransUnion LLC ("TransUnion"), is a credit reporting agency, as defined by FCRA § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: PRENTICE-HALL CORP SYSTEM, 2338 WEST ROYAL PALM ROAD, PHOENIX, AZ 85021.

9. That, on information and belief, Defendant, TransUnion, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

10. That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendant as it had the necessary minimum contacts with the State of Arizona and this suit arises out of its specific conduct with Plaintiff in Arizona. All the actions described in this suit occurred in the State of Arizona.

11. That CCO Mortgage serviced the loan on Plaintiff's primary residence at 422 S Pleasant Drive, Chandler, AZ 85225 (the "Property"). *See* Exhibit A, Default Notice from CCO.

12. That a Trustee's Sale was set for October 1, 2012 on the Property. *See* Exhibit B, Notice of Trustee's Sale.

McCARTHY LAW PLC
4250 N DRINKWATER BLVD
SUITE 320
SCOTTSDALE ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Lopez v. CCO Mortage et al.                    2                              COMPLAINT

13. That a Trustee's Sale did occur on the Property leaving Plaintiff with no balance owed to CCO. See Exhibit C, Trustee's Deed Upon Sale.

14. That the Plaintiff is a consumer and victim of inaccurate credit reporting by Defendants as a balance is still reporting as owed. See Exhibits D-I.

15. That the Defendant CCO Mortgage is willfully reporting derogatory and inaccurate information about Plaintiff to one or more consumer reporting agencies ("CRAs") as defined by 15 U.S.C. § 1681a.

16. The Defendants Equifax, Experian, and TransUnion are willfully reporting derogatory and inaccurate information about Plaintiff to third-parties.

17. Plaintiffs have sent written disputes regarding the accuracy of the derogatory information reported by the Defendant CCO Mortgage to Equifax, Experian, and TransUnion (the "Dispute Letters"). See Exhibits –D-I.

18. Defendant CCO Mortgage willfully failed to correct the inaccurate reporting of the account to Equifax, Experian, and TransUnion in violation of FCRA § 1681s-2 and to the detriment of the consumer Plaintiffs.

19. Defendants Equifax, Experian, and TransUnion have failed to correct the inaccurate reporting of the account in violation of FCRA § 1681i and to the detriment of the consumer Plaintiff (the "Dispute Responses)". See Exhibits J-O.

20. Defendants Equifax, Experian, and TransUnion willfully failed to maintain reasonable procedures to assure maximum accuracy of the information contained in Plaintiff's credit report in violation of FCRA § 1681e.

21. The foregoing acts and omissions of the Defendants constitute unacceptable violations of the FCRA.

22. As a result of the foregoing, Plaintiffs have suffered damages in an amount to be shown at trial, but not exceeding $10,000.

WHEREFORE, Plaintiff seeks a reasonable and fair judgment against defendants for willful noncompliance of the Fair Credit Reporting Act and seeks statutory remedies as defined by 15 U.S.C. § 1681n and demands:

1. Actual damages, pursuant to 15 U.S.C. § 1681n(1)(A), of not less than $100 and not more than $1,000 per violation;
2. Punitive damages, pursuant 15 U.S.C. § 1681n(2), for Defendants' willful violation;
3. The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiffs pursuant to 15 U.S.C. § 1681n(3); and
4. Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 24 day of August 2015.

MCCARTHY LAW, PLC

By: _____
Ashley Tuchman, Esq.
Attorney for Plaintiffs

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Lopez v. CCO Mortage et al.                 4                                  COMPLAINT

# EXHIBIT A

 **CCO Mortgage**

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

January 18, 2012

KELLY FLAHERTY
FERNANDO LOPEZ
442 S PLEASANT DR
CHANDLER AZ 85225

Re: Loan Number: ▓▓▓▓▓▓1840

Dear Customer:

Your loan payment is overdue. To avoid future late charges please make your payments when due.

Your remittance by return mail for the total amount now due, is requested to reinstate your account and avoid additional collection fees. Below is a breakdown of the total amount due:

| | |
|---|---|
| Regular monthly payment: | $527.49 |
| Late charge balance: | $10.00 |
| TOTAL AMOUNT DUE: | $537.49 |

The following notice applies if we have not provided negative information about you to a nationwide consumer reporting agency.

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected on your credit report.

The following notice applies if we have provided negative information about you to a nationwide consumer reporting agency.

We have told credit bureaus about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

Please remit your payment, with coupon, to the address below:

Regular mail:   P.O. Box 42102
                Providence, RI 02940-2102

Overnight Delivery Service:   10561 Telegraph Rd.
                              Glen Allen, VA 23059-4577

To speed the delivery of your payment, you can wire the amount due using our Western Union Quick Collect or Just in Time option. Please call us at 800-456-8855 with any questions regarding the above information or for instructions on how to use the Quick Collect or Just in Time option.

Collections Department

Mortgages are owned and organized by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A.
All loans are subject to approval. Equal Housing Lender

☆RBS