# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Lopez, et al., | No. CV-15-01955-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| CCO Mortgage, et al., | |
| Defendants. | |

The Court having considered the Plaintiffs' Motion to Dismiss Experian Information Solutions, Inc. with Prejudice and good cause appearing,

IT IS ORDERED that the Motion is granted. This action is dismissed with prejudice as to Defendant Experian Information Solutions, Inc. with each party to bear its own attorneys' fees and costs. (Doc. 42)

Dated this 16th day of May, 2016.

_____
Susan R. Bolton
United States District Judge